IN RE PRICE, A MINOR.

[Cite as In re Price, 100 Ohio St.3d 204, 2003-Ohio-5600.]

(Nos. 2002–0777 and 2002–0825—Submitted October 8, 2003—Decided November 5, 2003.)

---

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the juvenile court for further proceedings consistent with *In re Thomas,* 100 Ohio St.3d 89, 2003-Ohio-5162, 796 N.E.2d 908.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, O'CONNOR and O'DONNELL, JJ., concur.

LUNDBERG STRATTON, J., dissents.

---

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} For the reasons set forth in my dissenting opinion in *In re Thomas,* 100 Ohio St.3d 89, 2003-Ohio-5162, 796 N.E.2d 908, I would also allow credit for the appellant's time spent at the Butler County Rehabilitation Center against the time of his commitment to the Department of Youth Services. Therefore, I respectfully dissent.

---

Robin N. Piper, Butler County Prosecuting Attorney, and Michael D. Baker, Assistant Prosecuting Attorney, for appellee state of Ohio.

David H. Bodiker, State Public Defender, and Molly J. McAnespie, Assistant Public Defender, for appellant David Price.